```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3148 |
| | ) | |
| v. | ) | |
| | ) | |
| GUSTAVO A. AVALOS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Defendant Avalos has filed a motion and an amended motion for release on conditions. I need additional information before I can rule on the matter.

IT THEREFORE HEREBY IS ORDERED,

1. The Pretrial Services Agency shall cause an investigation to be conducted regarding the defendant's proposal, and shall report to the court and counsel as soon as practicable.

2. The motion of counsel to withdraw, filing 26, is granted.

3. The original motion for release, filing 27, is denied as moot.

DATED this 3rd day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge