```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3148 |
| | ) | |
| v. | ) | |
| | ) | |
| GUSTAVO A. AVALOS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed Motion to Continue Hearing on Motion to Suppress, filing 54, is granted. The suppression hearing is continued to May 29, 2008 at 9:00 a.m.

Defendant shall be present for the hearing.

DATED this 21st day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge