IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | 4:07CR3148 |
| ) | | |
| V. ) | | |
| ) | | |
| GUSTAVO A. AVALOS, ) | | ORDER |
| ) | | |
| Defendant. ) | | |
| ) | | |

IT IS ORDERED that the plaintiff's motion to dismiss indictment (filing 93) is granted.

DATED this 15th day of April, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge